IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TERRY N. CAMPBELL,

    Plaintiff,

v.                          CIVIL ACTION NO.: CV510-042

D. RAY JAMES DETENTION
CENTER and THE CITY OF
FOLKSTON, GEORGIA,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the City of Folkston and his claim stemming from his arrest are **DISMISSED**, without prejudice. Plaintiff's claims against D. Ray James Detention Center are **DISMISSED**, with prejudice. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

SO ORDERED, this 22 day of February, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA